**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUL 26  AM 10:54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.   1:22-cr-00061** |
| **Plaintiff,** | **JUDGE DLOTT** |
| **v.** | **INFORMATION** |
| **MARCUS HAWKINS,** | **18 U. S. C. § 1001(a)(2)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(False Statement or Representation to an Agency of the United States)**

On or about July 2, 2020, in the Southern District of Ohio and elsewhere, the defendant, **MARCUS HAWKINS**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by falsely stating in an Economic Injury Disaster Loan application to the Small Business Administration (SBA) that his business "Marcus Hawkins DBA DSR Studio" had gross revenues over the last 12 months of $124,000 and had 10 employees.  These statements or representations were false, because as the defendant, **MARCUS HAWKINS**, then and there knew, his business had not earned gross revenues of $124,000, nor did he employ 10 individuals.  These statements and representations were also material in that the false statements caused the SBA to issue a grant of $10,000 to the defendant, **MARCUS HAWKINS**.

In violation of 18 U.S.C. § 1001(a)(2).

KENNETH L. PARKER
UNITED STATES ATTORNEY

EBUNOLUWA TAIWO
ASSISTANT UNITED STATES ATTORNEY